702 A.2d 849

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION,

v.

WESTTOWN WATER TREATMENT COMPANY, d/b/a Westtown Sewer Company, Westtown Township, Chesterfield Development Corporation and Public Utility Commission, Intervenor.

Appeal of WESTTOWN WATER TREATMENT COMPANY, d/b/a Westtown Sewer Company.

Supreme Court of Pennsylvania.

Oct. 31, 1997.

## ORDER

PER CURIAM.

AND NOW, this 31st day of October, 1997, the order of the Commonwealth Court is affirmed.